1  Mark D. Rutter - State Bar No. 058194
   CARPENTER, ROTHANS & DUMONT
2  888 S. Figueroa St., Suite 1960
   Los Angeles, California 90017
3  Telephone: (213) 228-0400
   Facsimile:  (213) 228-0401
4  mrutter@crdlaw.com

5  Attorneys for defendants City of Hawthorne,
   David Gregor, Jeffrey Salmon, Thomas Heffner,
6  Ian Elliot, Anthony Robles, Melanie Newenham,
   Renee Descant, Darnell Wallace, Paul Moreau
7  and Joel Romero

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA GOODROW, and ANTHONY GOODROW, | Case No. CV 07-5253 VBF (PJWx) |
| Plaintiff, | STIPULATION FOR ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1) |
| -vs- | |
| CITY OF HAWTHORNE, DAVID GREGOR, JEFFREY SALMON, THOMAS HEFFNER, IAN ELLIOT, ANTHONY ROBLES, MELANIE NEWENHAM, RENEE DESCANT, DARNELL WALLACE, Lt. P. MOREAU, DET. ROMERO, individuals and DOES 1 to 10, inclusive, | [Filed concurrently with Proposed Order of Dismissal] |
| Defendants | |

Plaintiffs Anthony Goodrow and Karla Goodrow and defendants City of Hawthorne, David Gregor, Jeffrey Salmon, Thomas Heffner, Ian Elliot, Anthony Robles, Melanie Newenham, Renee Descant, Darnell Wallace, Paul Moreau and Joel Romero , said parties being all parties who have appeared in this action, stipulate that because a settlement has been reached between such parties, this

1

1  entire action should be dismissed pursuant to Fed.R.Civ.P. 41 as against all
2  defendants named in this action, whether served or unserved and whether having
3  appeared in this action or not.

4  Dated: January 29, 2009      JONAS & DRISCOLL, LLP

6  BY: _____
   CHRISTOPHER L. DRISCOLL
   Attorneys for plaintiffs Anthony Goodrow
   and Karla Goodrow

8  Dated: February 5, 2009      CARPENTER, ROTHANS & DUMONT

10 BY: _____
   MARK D. RUTTER
   Attorneys for defendants City of Hawthorne,
   David Gregor, Jeffrey Salmon, Thomas
   Heffner, Ian Elliot, Anthony Robles,
   Melanie Newenham, Renee Descant,
   Darnell Wallace, Paul Moreau
   and Joel Romero

2